IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1130-AP**

**In re: CENTRIX FINANCIAL, LLC, et al.**

**ROBERT E. SUTTON,**
**6762 S. POTOMAC, LLC, and**
**CENTRIX CONSOLIDATED, LLC**,

        Appellants,

v.

**CMGN, LLC,**
**CENTRIX FINANCIAL, LLC,**
**CENTRIX SERVICES, LLC,**
**CENTRIX TECHNOLOGY SUPPORT SERVICES, LLC,**
**CENTRIX SUPPORT, LLC,**
**CENTRIX RESOURCE MANAGERS, INC.,**
**CENTRIX SERVICING, LLC and**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

        Appellees.

## ORDER

Kane, J.

Upon review of the parties' briefs and applicable guiding authority, Appellees' Motion to Dismiss Appeal as equitably moot (Doc. 29) is DENIED. Not only was the Motion filed well after the appeal was perfected and briefing on its merits underway, but Appellees' actions in stringing Appellants along on the merits briefing through less than sincere requests for extensions of time fly in the face of their claims of inequity in allowing the appeal to proceed. That is not to say such grounds do not exist, but they are so fact intensive and so disputed at this point in the proceedings that assessing them accurately might require a hearing. Given that briefing on the merits will be completed in little more than a month, it is preferable to complete that briefing so that the judge to whom the appeal is then assigned may determine the mootness issue him or herself.

Based on the foregoing, the Motion to Dismiss Appeal (Doc. 29) is DENIED without prejudice to the stated grounds for dismissal being reasserted after briefing on the merits is complete.

Briefing shall resume as follows: Appellees' Response Brief is due February 2, 2009; Appellants' Reply Brief is due February 13, 2009.

Dated: January 16, 2009

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court