**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILIP A. BRIMMER**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Janet Coppock | Date: June 9, 2009 |

**CASE NO.  08-cv-01130-PAB**

| Parties | Counsel |
|---|---|
| Civil Action No. 08-cv-01130-PAB | |
| In re: CENTRIX FINANCIAL, LLC, et al. | |
| ROBERT E. SUTTON,<br>6762 S. POTOMAC, LLC, and<br>CENTRIX CONSOLIDATED, LLC, | Glenn Merrick |
| Appellants, | |
| v. | |
| JEFFREY A. WEINMAN, as Trustee to<br>the Centrix Liquidating Trust, | Scott Varholak |
| Appellee. | |

**COURTROOM MINUTES**

MOTIONS HEARING

10:03 a.m.    Court in Session.

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Argument heard on Appellees' Motion To Dismiss Appeal (Filed 2-13-09; Doc. No. 46).

10:04 a.m.    Argument by Mr. Merrick.  Questions by the Court.

*08-cv-01130-PAB*
*Motions Hearing*
*June 9, 2009*

10:23 a.m.   Argument by Mr. Varholak.  Questions by the Court.

10:32 a.m.   Comments and Ruling by the Court.

**ORDERED:   Appellees' Motion To Dismiss Appeal (Filed 2-13-09; Doc. No. 46) is GRANTED and the Appeal is DISMISSED.**

**10:57 a.m.   Court in Recess.**
Hearing concluded.
Total time in court: 54 minutes