IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01130-PAB

In re: CENTRIX FINANCIAL, LLC, et al.

ROBERT E. SUTTON,
6762 S. POTOMAC LLC, and
CENTRIX CONSOLIDATED, LLC,

    Appellants,

v.

JEFFREY A. WEINMAN, as Trustee to the Centrix Liquidating Trust,

    Appellee.
_____

**ORDER DISMISSING APPEAL**
_____

    This matter came before the Court on appellee Jeffrey A. Weinman's Motion to Dismiss Appeal [Docket No. 46]. The Court conducted a hearing on appellee's motion to dismiss on May 28, 2009. After hearing oral argument from the parties, the Court continued the hearing and requested supplemental briefing pertaining to appellee's motion to dismiss on the grounds of equitable mootness. The Court heard additional argument from the parties on appellee's motion on June 9, 2009. For the reasons stated in open court on June 9, 2009, it is

    **ORDERED** that appellee's Motion to Dismiss Appeal [Docket No. 46] is GRANTED. This appeal from final orders of the United States Bankruptcy Court for the District of Colorado in Bankruptcy Case No. 06-16403-EEB filed by appellants

Robert E. Sutton, 6762 S. Potomac LLC, and Centrix Consolidated, LLC is dismissed.

DATED June 10, 2009.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge