# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: February 12, 2010  
Time: one hour and 30 minutes

**CASE NO.   08-cv-01130-PAB**

<u>Parties</u>

<u>Counsel</u>

**In Re:**

**CENTRIX FINANCIAL LLC, et al**

**ROBERT E. SUTTON, et al,**

Glenn Merrick

    Appellants,

vs.

**JEFFREY A. WEINMAN as Trustee to the Centrix Liquidating Trust, et al,**

Scott Varholak

    Appellee.

## HEARING ON MOTION TO DISMISS APPEAL

**1:41 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Appellee's Motion to Dismiss Appeal (Doc #46), filed 2/13/09.**

Page Two
08-cv-01130-PAB
February 12, 2010

Opening statements by the Court.

**1:45 p.m.**     Argument by Mr. Varholak.  Questions by the Court.

**2:04 p.m.**     Argument by Mr. Merrick.  Questions by the Court.

**2:50 p.m.**     Rebuttal argument by Mr. Varholak.

**3:03 p.m.**     Rebuttal argument by Mr. Merrick.

**3:07 p.m.**     **COURT IN RECESS**

**3:36 p.m.**     **COURT IN SESSION**

Further argument by Mr. Merrick.

Court states its findings and conclusions.

**ORDERED:**  Appellee's Motion to Dismiss Appeal (Doc #46), filed 2/13/09 is **GRANTED**.

**4:20 p.m.**     **COURT IN RECESS**

**Total in court time:**     130 minutes

**Hearing concluded**